# Court of Appeals
# of the State of Georgia

ATLANTA,___April 23, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1091. HOME WAVES, INC. v. McINTYRE.**

The above-styled appeal was docketed in this Court on February 19, 2014. Pursuant to Rule 23 (a) of the Court of Appeals, Appellant Home Waves's brief and enumeration of errors were to be filed in this Court by March 11, 2014. They were not filed. On April 8, 2014, this Court ordered Appellant to file a brief on or before April 14, 2014, or absent good cause timely communicated to this Court, face possible dismissal of the appeal. As of the date of this order, Appellant has not filed a brief and enumeration of errors or a motion for extension showing good cause.

Consequently, the instant appeal is hereby DISMISSED. Court of Appeals Rules 7 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/23/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*